# United States District Court
# District of Massachusetts

FARIBA D. AMARY,
    Plaintiff,

v.                         CIVIL ACTION NO. 12-10777-NMG

JPMORGAN CHASE & CO.,
    Defendant.

## *REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO: (1) TRANSFER PURSUANT TO 28 U.S.C. § 1404(a); (2) DISMISS PURSUANT TO F.R.C.P. 12(b)(1) AND 12 (h)(3) AND 28 U.S.C. § 1332(a); OR IN THE ALTERNATIVE; (3) COMPEL ARBITRATION (#6)*

COLLINGS, U.S.M.J.

### *I. Introduction*

On April 30, 2012, plaintiff Fariba D. Amary ("Amary") filed a seven count complaint against defendant JPMorgan Chase & Co. ("JPMorgan"),

*Report and Recommendation accepted and adopted.* /s/ NM Gorton, USDJ 11/30/12