# United States District Court
# District of Massachusetts

FARIBA D. AMARY,
    Plaintiff,

    V.                          CIVIL ACTION 2012-10777-NMG

JPMORGAN CHASE & CO.,
    Defendant.

## ORDER ON
## PLAINTIFF'S MOTION, ETC. (#32)

COLLINGS, U.S.M.J.

    No opposition having been filed, it is ORDERED that Plaintiff's Motion. Etc. (#107) be, and the same hereby is, ALLOWED to the following extent:

    The defendant is ORDERED to (1) serve full and complete answers to plaintiff's Interrogatories, (2) serve a response to plaintiff's request for production of documents, and (3) produce copies of all requested documents *on or before the close of business on Monday, May 20, 2013.*

    *THE DEFENDANT HAS WAIVED ANY AND ALL OBJECTIONS IT MIGHT HAVE HAD TO THE REQUESTS FOR PRODUCTION OF DOCUMENTS AND THE*

*INTERROGATORIES BY FAILING TO ASSERT OBJECTIONS TO THEM WITHIN THE TIME SET BY THE FEDERAL RULES OF CIVIL PROCEDURE.* See Local Rule 33.1(C)(1) (D. Mass.).

    Failure to comply with the within Order shall result in the imposition of one or more of the sanctions set forth in Rule 37(b), Fed.R.Civ.P.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: May 2, 2013.